**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

August 26, 2014

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Protovin v. LTD**
       **14 CV 3413 (SLT) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above referenced matter.  The parties respectfully inform Your Honor that the parties recently resolved the matter.  We intend to have a stipulation of discontinuance filed in the near term.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Arthur Sanders, Esq.