UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CHAYA PROTOVIN, on behalf of
herself and all other persons
similarly situated,

                Plaintiff,        STIPULATION OF DISMISSAL

    -against-                  14 CV 3413

LTD FINANCIAL SERVICES L.P.,

                Defendants.
----------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 14 2015 ★
BROOKLYN OFFICE

       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against LTD FINANCIAL SERVICES, L.P., with prejudice and without costs to any party.

CHAYA PROTOVIN                     LTD FINANCIAL SERVICES, LP.P.

/s/                                           /s/
ADAM FISHBEIN, ESQ.                ARTHUR SANDERS. ESQ.
483 Chestnut Street                 BARRON & NEWBURGER P.C.
Cedarhurst, NY 11516               30 South Main Street
                                             New City, NY 10956

Attorney for plaintiff              Attorney for defendant

*The Clerk of Court is respectfully directed to close this case.*

1/9/15 /s/ Sandra L. Townes
date                                         USDJ